City of Key West, a Municipal Corporation, Plaintiff in Error, v. Andrew L. Page, Elizabeth Page, Sebastian Dongo and Ella E. Dongo, Defendants in Error.

Filed April 12, 1916.

Writ of Error to Circuit Court, Monroe County; H. Pierre Branning, Judge.

Judgment affirmed.

*E. M. Semple,* for Plaintiff in Error;

*W. H. Malone,* for Defendants in Error.

---

The Security Company, a Corporation, Plaintiff in Error, v. Walter C. Warrington, Defendant in Error.

Filed April 12, 1916.

Writ of Error to Circuit Court, Duval County; George Couper Gibbs, Judge.

Judgment affirmed.